COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
JAMES HOLLOWAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 99-40169-01 SBA |
| ) | CR 00-40223-01 SBA |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING REVOCATION |
| JAMES HOLLOWAY, ) | OF SUPERVISED RELEASE |
| ) | HEARING |
| Defendant. ) | |
| _____) | |

    Defendant JAMES HOLLOWAY, by and through his attorney, Dustin Gordon, and the United States, by and through Special Assistant United States Attorney William Gullotta, hereby stipulate and agree to continue the revocation of supervised release hearing in the above-captioned case from Thursday, February 23, 2012, at 10:00 a.m. to Wednesday, March 21, 2012, at 10:00 a.m.  The continuance is requested to allow defendant's counsel additional time for preparation.  Defense counsel has spoken with United States Probation Officer Nicole Fairchild and she has no objection to the request and is available on March 21, 2012.

    The parties further stipulate and agree that the period from February 23, 2012 to March 21, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C.§3161(h)(8)(A) for the effective preparation of counsel.

DATED: February 23, 2012        /S/
DUSTIN M. GORDON
Attorney for Defendant JAMES HOLLOWAY

DATED: February 23, 2012        /S/
WILLIAM GULLOTTA
Special Assistant United States Attorney

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the revocation of supervised release hearing scheduled for Thursday, February 23, 2012, is continued to Wednesday, March 21, 2012, at 10:00 a.m. and that the period from February 23, 2012 to March 21, 2012, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8) (A).

DATED: 2/22/12

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
District Judge
United States District Court